Redfield T. Baum, Bankruptcy Judge

1  Andrew A. Harnisch (#024957)
   SNELL & WILMER L.L.P.
2  One Arizona Center
   400 East Van Buren
3  Phoenix, Arizona 85004-2202
   Telephone: (602) 382-6000
4  Facsimile: (602) 382-6070
   Email:    aharnisch@swlaw.com
5  Attorney for Plaintiffs Terry Waltz and Candace Waltz

6              IN THE UNITED STATES BANKRUPTCY COURT

7                 FOR THE DISTRICT OF ARIZONA

8  In Re:                               | Proceedings Under Chapter 7

9  ARMANDO MAZA and DONDRA MAZA,         | Case No. 2:10-bk-02865-RTB

                    Debtors.            | Adv. No. 2:10-ap-00829-RTB
10

11 ─────────────────────────────────────

12 TERRY WALTZ and CANDACE WALTZ,        | **STIPULATED JUDGMENT OF NON-DISCHARGEABILITY**

                    Plaintiffs,
13

          v.
14

15 ARMANDO MAZA and DONDRA MAZA,

                    Defendants.
16

17       Pursuant to the stipulation of the parties and a settlement agreement between plaintiffs

18 Terry and Candace Waltz ("Plaintiffs") and defendants Armando Maza and Dondra Maza,

19 judgment is hereby entered in favor of Plaintiffs and against Armando Maza as follows:

20       A.     The amounts due and owing by Armando Maza under the Sentencing Order

21              attached hereto as Exhibit "A" are hereby declared to be non-dischargeable under

22              11 U.S.C. §  523(a)(7); and

23       B.     Armando Maza is liable to the Plaintiffs in the amount of $17,000, less any

24              payments received by the Plaintiffs pursuant to the Sentencing Order, which

25              obligation is non-dischargeable under 11 U.S.C. § 523(a)(2)(A).

26

13241701

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

IT IS FURTHER ORDERED that all of Plaintiffs' claims against Defendant Dondra Maza are hereby DISMISSED.

DATED AND SIGNED ABOVE

**APPROVED AS TO FORM AND CONTENT:**

SNELL & WILMER L.L.P.

By ~~[signature]~~ with permission

Andrew A. Harnisch
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for Plaintiffs Candace and Terry
Waltz

By ~~[signature]~~

Armando Maza

13241701

- 2 -

## SETTLEMENT AGREEMENT

### I.    PARTIES

This Settlement Agreement (the "Agreement") is executed by and between Terry Waltz and Candace Waltz, (the "Waltzes") on one side, and Armando Maza ("Maza") on the other side. The Waltzes and Maza are sometimes referred to collectively as the "Parties."

### II.    RECITALS

A.    On September 17, 2008, the Justice Court for Pinal County, Arizona entered a Sentencing Order against Mr. Maza ordering him to pay a fine in the amount of $2,000 and restitution to the Waltzes in the amount of $17,000. A true and correct copy of the Sentencing Order is attached hereto as Exhibit "A" and incorporated herein.

B.    Maza and his wife, Dondra Maza filed a voluntary petition under Chapter 7 of the Bankruptcy Code on February 4, 2010.

C.    On May 10, 2010, the Waltzes filed a non-dischargeability action against Mr. and Mrs. Maza under 11 U.S.C. § 523, at Case No. 2:10-ap-0829-RTB (the "Adversary Proceeding"), alleging that the obligation represented by the Sentencing Order is a non-dischargeable obligation pursuant to 11 U.S.C. § 523(a)(7), and that Mr. and Mrs. Maza owe a debt directly to the Waltzes that is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

D.    The Parties now desire to forgo further litigation in the Adversary Proceeding and to reach a full and final resolution of all claims between the Parties.

### III.    COVENANTS

NOW THEREFORE, based upon the foregoing and following representations, and the covenants set forth in this Agreement, and for other good and valuable consideration, the receipt of which is hereby acknowledged, the Parties agree as follows:

A.    **Incorporation of Recitals**. The above and foregoing recitals are incorporated herein and made a part of this Agreement. The Parties represent that the foregoing recitals are true and correct.

B.    **Non-Dischargeability of Debt**. Maza affirms that the Sentencing Order represents a non-dischargeable obligation pursuant to 11 U.S.C. § 523(a)(7). Furthermore, Maza affirms that he is indebted to the Waltzes in the amount of $17,000, less payments received under the Sentencing Order, and that such debt is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

C.    **Terms of Performance**. Maza shall make all payments due and owing under the Sentencing Order. Upon completion of such payments, all of Maza's obligations to the Waltzes shall be satisfied.

13242086.1

D. **Resolution of Adversary Proceeding**. Upon execution of this agreement, Maza consents to entry of a judgment in the Adversary Proceeding in substantially the form attached hereto as Exhibit "B" (the "Judgment").

E. **Dismissal of Co-Debtor**. The Judgment shall dismiss any and all claims against Dondra Maza.

F. **Forbearance**. The Waltzes agree to forebear from taking any action to collect on the Judgment for so long as Maza complies with his payment obligations under the Sentencing Order.

G. **Default; Remedies**. Maza's failure to fully and timely comply with any obligation set forth in this Agreement (including the timely making of payments under the Sentencing Order) shall be deemed an Event of Default. Upon the occurrence of an Event of Default, the Waltzes may without any notice to Maza exercise any and all of their rights and remedies against Maza, including but not limited to taking action to enforce the Judgment.

H. **Time is of the Essence**. Time is of the essence of this Agreement.

I. **No Modification.** This Agreement sets forth the entire agreement between the Parties and may not be altered, amended, or modified in any respect except by a writing duly executed by all parties. All earlier understandings, oral agreements and writings are expressly superseded hereby and are of no further force or effect and this Agreement shall be construed so as to merge all prior negotiations into this Agreement.

J. **Headings, Number and Gender:** Headings are used herein for convenience only and shall have no force or effect in the interpretation or construction of this Agreement. As used in this Agreement, the singular shall include the plural, and masculine shall include the feminine and neuter genders.

K. **Counterparts:** This Agreement may be executed in multiple counterparts, including faxed signatures, each of which shall be deemed to be an original.

L. **Attorney's Fees - Action to Enforce Terms of Settlement:** Each party hereby agrees and stipulates that the prevailing party in any action or proceeding arising out of, interpreting, or enforcing this Agreement shall be awarded recovery of the reasonable attorney's fees and costs incurred by such party.

...

...

...

...

...

Case 2:10-ap-00829-RTB   Doc 27   Filed 07/21/11   Entered 07/23/11 22:15:30   Desc
Imaged Certificate of Notice   Page 4 of 7

The Parties herein have executed this Agreement as of the last date shown below:

Terry Waltz

Dated: _____

Candace Waltz

Dated: _____

Armando Maza

Dated: _7 - 18 - 11._

Case 2:10-ap-00829-RTB    Doc 27    Filed 07/21/11    Entered 07/23/11 22:15:30    Desc
                Imaged Certificate of Notice    Page 5 of 7

Waltz,

     Plaintiff                                            Adv. Proc. No. 10-00829-RTB

MAZA,

     Defendant

## CERTIFICATE OF NOTICE

District/off: 0970-2         User: brennerc         Page 1 of 2         Date Rcvd: Jul 21, 2011
                        Form ID: pdf005        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2011.
dft         ARMANDO MANUEL MAZA,   6321 E. PRESTON,   MESA, AZ  85215
pla         +Candace Waltz,   c/o Andrew A. Harnisch,   Snell & Wilmer L.L.P.,   One Arizona Center,
           Phoenix, AZ 85004-2280
dft         +DONDRA MAZA,   6856 E. PEARL,   MESA, AZ 85207-1503
pla         +Terry Waltz,   c/o Andrew A. Harnisch,   Snell & Wilmer L.L.P.,   One Arizona Center,
           Phoenix, AZ 85004-2280

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion14.px.ecf@usdoj.gov Jul 22 2011 00:00:07     U.S. TRUSTEE,
        OFFICE OF THE U.S. TRUSTEE,   230 NORTH FIRST AVENUE,   SUITE 204,   PHOENIX, AZ 85003-1725
                                                          TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 23, 2011**                            **Signature:**    *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2011 at the address(es) listed below:
        ANDREW A. HARNISCH    on behalf of Plaintiff Candace Waltz aharnisch@swlaw.com,
         docket@swlaw.com;sllarson@swlaw.com
                                                    TOTAL: 1